UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KILDARE CONSTRUCTION CONSULTANTS LLC, <br><br> Petitioner, <br><br> v. <br><br> YENIGUN CONSTRUCTION INDUSTRY & COMMERCE, <br><br> Respondent. | Civil Action No. 1:22-cv-07932 <br><br> **DECLARATION IN SUPPORT OF PETITIONER'S MOTION TO CONFIRM ARBITRATION AWARD** |

Nicholas J. Zaita hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a partner with the firm Peckar & Abramson, P.C., attorneys for petitioner Kildare Construction Consultants LLC ("Kildare").

2. I submit this declaration in support of Kildare's Motion to Confirm the Final Arbitration Award entered on June 28, 2022, by an Arbitrator George Cavallo under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards of 1948 and Chapter 2 of the Federal Arbitration Act, 9 U.S.C. § 201 *et seq*.

3. Attached hereto as "Exhibit A" is a true and correct copy of the April 26, 2016 Agreement between Petitioner Kildare Construction Consultants LLC and Respondent Yenigun Construction Industry & Commerce.

4. Attached hereto as "Exhibit B" is a true and correct copy the Final Arbitration Award entered by Arbitrator George Cavallo on June 28, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2022          /s/ *Nicholas J. Zaita*
                                    Nicholas J. Zaita, Esq.