UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KILDARE CONSTRUCTION CONSULTANTS, LLC,<br><br>      Petitioner,<br><br>  -v-<br><br>YENIGUN CONSTRUCTION INDUSTRY & COMMERCE,<br><br>      Respondent. | 22-cv-07932 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Petitioner having demonstrated beyond dispute that it is entitled to summary judgment affirming the arbitration award, and respondent having failed to appear, the Court hereby grants summary judgment to petitioner affirming the arbitration award.

    The Clerk is respectfully directed to close entries number 11 and 16 on the docket of this case and enter final judgment.

    SO ORDERED.

New York, NY
December 5, 2023

                                                      JED S. RAKOFF, U.S.D.J.