**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

KILDARE CONSTRUCTION CONSULTANTS LLC,

      Petitioner,      22 **CIVIL** 7932 (JSR)

  -against-          **JUDGMENT**

YENIGUN CONSTRUCTION INDUSTRY & COMMERCE,

      Respondent.
-----------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 05, 2023, petitioner having demonstrated beyond dispute that it is entitled to summary judgment affirming the arbitration award, and respondent having failed to appear, the Court hereby grants summary judgment to petitioner affirming the arbitration award.

**Dated:** New York, New York
    December 05, 2023

                 **RUBY J. KRAJICK**
                 _____
                 **Clerk of Court**

         **BY:** _____
                 **Deputy Clerk**